AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Heather Rhiannon Morgan (AKA: Razzlekhan)

)
) Case: 1:22-mj-00022
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 2/7/2022
) Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Heather Rhiannon Morgan (AKA: Razzlekhan),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) (Money Laundering Conspiracy)
18 U.S.C. § 371 (Conspiracy To Defraud the United States)

Date: 02/07/2022

Robin M. Meriweather
2022.02.07 11:09:55
-05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/7/2022, and the person was arrested on *(date)* 2/8/2022
at *(city and state)* New York, NY.

Date: 2/8/2022

*Arresting officer's signature*

SA Christopher Wong
*Printed name and title*