Case 22-mj-01279-UA Document 5 Filed 02/08/22 Page 1 of 1
Case 1:22-mj-01279-UA Document 15-2 Filed 02/08/22 Page 1 of 1
Duration: 51

ORIGINAL

DOCKET No. 22 Mag. 1279          DEFENDANT Ilya Lichtenstein

AUSA Maggie Lynaugh          DEF.'S COUNSEL Anirudh Bansal
☒ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☒ Rule 5(c)(3)  ☐ Detention Hrg.      DATE OF ARREST 2/8/2022    ☐ VOL. SURR.
                                                           TIME OF ARREST =7:00 am    ☐ ON WRIT
☐ Other: _____                                   TIME OF PRESENTMENT 5:00 pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 5 million BOND  ☒ 5 FRP
☒ SECURED BY $ _____ CASH/PROPERTY: property: parents' residence, at 1845 Westleigh Dr., Glenview Il 60025
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ District of Columbia, and points in between for purposes of travel to Court
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☒ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☒ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☒ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☒ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☒ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☐ GPS
☒ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☒ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

Defendant to have no devices with internet connectivity except one specific device, with software installed by PTS, with computer monitoring
Def not to engage in any cryptocurrency transctions
Def not to dissipate or move any assets greater than $10,000 per month (except that this cap can be exceeded with PTS approval). There is a carve-out for legal fees, for which the Def can spend up to $500,000; accounts to dispense must be reported to PTS.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY              ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☒ IDENTITY HEARING WAIVED              ☐ DEFENDANT TO BE REMOVED
☒ PRELIMINARY HEARING IN SDNY WAIVED   ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 2/22/2022     ☒ ON DEFENDANT'S CONSENT

DATE: 2/8/2022                          _____
                                        UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016