# Exhibit 3

Vendor: ▮▮▮ @ ▮▮▮

### Passport
----
SNILS: ▮▮*****
Last Name: ▮▮▮
Middle Name: ▮▮▮
First Name: ▮▮▮
Gender: M
DOB ▮.▮.▮
Number: ▮▮▮
Iss. Date: ▮.▮.▮
Iss. Code: ▮▮▮
Iss. Place: ▮▮▮

### Address
----
▮▮▮

### Debit Card
----
Tinkoff Black
5▮▮▮▮▮9
▮/24
▮

Old PIN: ▮▮▮

### Tinkoff Bank
----
Login: ▮▮▮
Password: ▮▮▮
Old Password: ▮▮▮

Security Question: ▮▮▮
Security Answer: ▮▮▮

Secret Word: ▮▮▮

### Phone
----
MTS
+▮▮▮

PUK ▮▮▮



```
ICCID ████████████████████

Proxies
----
socks5://5.███.███.██:█████  Yekaterinburg RU

Test Exhange
----
https:/████████████

#████████

from Qiwi

success!
```