NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number __22-mj-22__

__Lichtenstein et al.__
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____/s/_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Nola B. Heller, pro hac vice
(Attorney & Bar ID Number)

Cahill Gordon & Reindel LLP
(Firm Name)

32 Old Slip
(Street Address)

New York NY 10005
(City)   (State)   (Zip)

(212) 701-3008
(Telephone Number)