# EXHIBIT 4



DEFENDANT'S
EXHIBIT

_____

Chief Judge Beryl A. Howell

United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Dear Chief Judge Howell,**

I am Ilya (Dutch) Lichtenstein's father-in-law and I strongly hope that you decide he does not need to be incarcerated in a federal facility as his case moves through the legal system.  I believe that he is not a flight risk.  At the prior bail hearing in New York, Judge Freeman asked if my wife and I had the confidence to risk losing the house we own and have lived in for 25 years as a surety that his wife, our daughter Heather, would appear in court.   We agreed to do so as we don't see a risk of us losing our house. Since Heather is not a flight risk, Dutch is not a flight risk.  He is too emotionally connected to her to abandon her and his other ties here in the United States.

I have known Dutch since he and my daughter were dating when they both lived in San Francisco. We visit them and they visit us and I have seen how they interact.  I taught him how to snorkel, taken him on his first tide pooling experience on the northern California Coast, and shared many other outdoor adventures with Dutch and Heather.  I have seen their love and commitment grow over the years.  Dutch has often expressed how much he cares about her and how being with her has enriched his life.

Dutch is not a flight risk because he has so many strong emotional ties here.  These ties also include a young Bengal cat named Clarissa and Dutch wouldn't abandon that cat.  This may not be understandable to people who haven't seen his affection for Clarissa, or simply don't bond with animals, but it is true.  It's his first pet and he treats her like a treasured child.  Another strong anchor for him to the United States is his emotional connection to their cryogenically stored embryos.  Those embryos are a core part of the future Dutch and Heather have planned for themselves.  I don't believe Dutch would abandon them.

I know Dutch and I believe he is not a flight risk.

Sincerely,

/s/ Lee M. Morgan