# EXHIBIT 7

**DEFENDANT'S EXHIBIT**

_____

February 12, 2022

Chief Judge Beryl A. Howell
United States District Court
District of Columbia
333 Constitution Avenue, N.W
Washington D.C., 20001

Dear Chief Judge Howell,

I am Heather Morgan's maternal grandmother. I am a retired school superintendent and currently serve as a city clerk and administrator for the town where I live.

Heather's family moved one block away from me when she was old enough to start kindergarten. They wanted Heather to grow up near her extended family. Family has always been very important to Heather. We have been very close and have spent much time together over the years. Even after moving away from the area as a young adult, we have often talked and texted on the phone. Whenever she came home, we always visited and enjoyed our time together. I feel we have had a very special relationship over the years.

I do not feel she is a flight risk because of the importance of her family and friends to her. When she has had a problem or needed surgery, she has asked her parents to be there for her. As an only child, she has been very close to her parents and very dependent on their emotional support.

If I felt she were a flight risk, I would not have offered to help with bail if her parents could not have managed it. She would never let her parents lose their home because of her. If she were a flight risk, she had opportunity earlier and did not leave.

Respectfully.

*Carolyn Steffan*

Carolyn Steffan
Heather's Grandmother