# EXHIBIT 14

**DEFENDANT'S EXHIBIT**
_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA FOR 2705(b) NONDISCLOSURE ORDER FOR GRAND JURY SUBPOENA #GJ2020111067990 | SC No. 20-3004<br><br>**Filed Under Seal** |

- *Reference: USAO Ref. # 2020R02030; Subject Account(s): IP address 198.211.106.104; unviral.com; Demandpath.com; Hrmorgan171@gmail.com; Ilya Lichtenstein; Heather Morgan; Phone: 847-208-2167; and Phone: 510-701-2734*

## ORDER

This matter having come before the Court pursuant to an application under 18 U.S.C. § 2705(b) requesting an order directing Digital Ocean ("PROVIDER"), an electronic communication and/or remote computing service provider located in the United States, not to notify any other person of the existence of subpoena number GJ2020111067990 issued by the United States on behalf of a federal Grand Jury empanelled in the United States District Court for the District of Columbia (the "Subpoena"), the Court finds reasonable grounds to believe that such disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 2705(b), PROVIDER and its employees shall not disclose the existence of the Subpoena to any other person (except attorneys for PROVIDER for the purpose of receiving legal advice) for a period of one year (commencing on the date of this Order), unless the period of nondisclosure is later modified by the Court.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

2020.11.13
11:36:18 -05'00'

UNITED STATES MAGISTRATE JUDGE