NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number  22-mj-00022

**Heather Morgan**
　　　　(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**Marshall L. Miller, 1720872**
_(Attorney & Bar ID Number)_

Kaplan, Hecker & Fink, LLP
_(Firm Name)_

**1050 K Street, NW Suite 1040**
_(Street Address)_

**Washington, DC 20001**
_(City)   (State)   (Zip)_

**212.763.0883**
_(Telephone Number)_