## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ILYA LICHTENSTEIN, and ) <br> ) <br> HEATHER MORGAN ) <br> ) <br> *Defendants.* ) <br> ) <br> ) | Case No. 22-mj-22 <br><br> **Magistrate Judge Robin M. Meriweather** |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(c), Defendant Heather Morgan moves for the admission and appearance of attorney Elizabeth Slater *pro hac vice* in the above-entitled action. The motion is supported by the Declaration of Elizabeth Slater, filed herewith. As set forth in the Declaration, Ms. Slater is admitted as an active member in good standing of the following bar: the State of New York. This motion is supported and signed by Marshall L. Miller, an active and sponsoring member of the Bar of this Court.

Dated: New York New York
March 1, 2022

By: /s/ Marshall L. Miller

Marshall L. Miller, D.C. No. 1720872
KAPLAN HECKER & FINK LLP
1050 K Street, NW
Suite 1040
Washington, D.C. 20001

350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
mmiller@kaplanhecker.com

*Counsel for Defendant Heather Morgan*