# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEATHER R. MORGAN, )<br>)<br>Defendant. ) | 1:22-MJ-22-RRM |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel on behalf defendant Heather Morgan, in the above-styled matter.

                                                s/ Michael T. Collins
                                                Michael T. Collins, Esq. (DC Bar No. 7606381)
*Counsel for Heather Morgan*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Tel: (202) 386-6920
Fax: (202) 765-2173
michael@burnhamgorokhov.com