UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:22-MJ-22-RRM |
| | ) | |
| v. | ) | |
| | ) | |
| HEATHER R. MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO PERMIT JOINT DEFENSE CALL

Heather R. Morgan, through counsel, and joined by her husband and co-defendant Ilya Lichtenstein, hereby moves the Court to permit her and her attorneys to confer with Mr. Lichtenstein and his attorneys to discuss issues of common interest in their case. *In re Sealed Case*, 29 F.3d 715, 719 n.5 (D.C. Cir. 1994) ("The joint defense privilege protects communications between two or more parties and their respective counsel if they are engaged in a joint defense effort." (citing *Metro Wastewater Reclamation v. Continental Casualty Co.*, 142 F.R.D. 471, 478 (D. Colo. 1992))). In support of this motion, Ms. Morgan states as follows:

1. Ms. Morgan and Mr. Lichtenstein were charged by criminal complaint on February 7, 2022.

2. This Court ordered the pretrial release of Ms. Morgan on conditions. The Court detained Mr. Lichtenstein pending trial. Mr. Lichtenstein is currently detained at the Alexandria Detention Center.

3. Undersigned counsel for Ms. Morgan and counsel for Mr. Lichtenstein need to confer with their clients regarding issues important to the case. The law permits counsel and

1

their clients to confer on issues of common interest and protects such communications as attorney-privileged communications. *In re Sealed Case*, 29 F.3d at 719 n.5.

4. Because detention facilities often prohibit contacts between co-defendants on unmonitored phone lines, undersigned counsel sought approval for a confidential, common interest call from the Alexandria Detention Center. Undersigned counsel was referred to the US Marshals. Undersigned counsel spoke with the US Marshals during the week of August 17, 2022, and sought permission for a joint phone conference. To date, undersigned counsel has not received a response from the US Marshals regarding this issue.

5. Undersigned counsel reached out to the government, represented by Jessica Peck, and the government does not object to this motion.

6. Accordingly, Ms. Morgan and Mr. Lichtenstein ask this Court for an order permitting them and their attorneys to hold a privileged common interest call on the Alexandria Detention Center's attorney line.

WHEREFORE, the Court should issue an order permitting Ms. Morgan, Mr. Lichtenstein, and their respective counsel to engage in a privileged attorney-client telephone conference.

Respectfully submitted,

s/ Eugene Gorokhov
Eugene Gorokhov (Bar. No. 979785)
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, D.C. 20005
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com