UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,   )<br>  )<br>v.   )<br>  )<br>HEATHER R. MORGAN,   )<br>  )<br>   Defendant.   )<br>  ) | 1:22-MJ-22-RRM |

ORDER

Upon consideration of Defendants' joint motion to permit a joint defense call with Defendant Ilya Lichtenstein, presently detained, Defendant Heather Morgan, presently on pretrial release, and their respective legal teams (ECF No. 59), it is

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Alexandria Detention Center and the U.S. Marshals shall take all necessary measures to permit and facilitate Mr. Lichtenstein to engage in unmonitored, privileged attorney-client telephone conferences with his legal team and Ms. Morgan and her legal team. For any such joint telephone conference in which Defendants both invoke the attorney-client privilege, Defendants and attorneys for both Defendants must be present at all times on the call; and it is further

**ORDERED** that this order shall remain in effect for the duration of Mr. Lichtenstein's pretrial detention, to alleviate the need for future actions from this Court.

Zia M. Faruqui
2022.09.15
10:15:45 -04'00'

The Honorable Zia M. Faruqui
United States Magistrate Judge