UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN and HEATHER MORGAN,<br><br>Defendants. | No. 22-mj-22 |

## ORDER

Upon consideration of the Motion for Leave to Withdraw as Counsel of Record submitted by counsel of record for Defendant Heather Morgan, Michael T. Collins, it is this 17th day of January, 2023 hereby ORDERED that the motion is GRANTED.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE